stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 05-7434 (05A416). THACKER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 05-7463 (05A418). THACKER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 10, 2005

No. 05-7484 (05A432). MCHONE v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Surry County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this application and this petition.

NOVEMBER 14, 2005

No. 05-7023. MUGAN v. UNITED STATES. C. A. 8th Cir.

No. 05-7025. DIAS-RAMOS v. UNITED STATES. C. A. 10th Cir. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).

No. 05-6229. BROWN v. METRO-NORTH FIRE PROTECTION DISTRICT. Ct. App. Mo., Eastern Dist. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from peti-